Eugene M. ROMAH and Mary Lou Romah, his wife

v.

HYGIENIC SANITATION COMPANY, a corporation and the Dow Chemical Company, a corporation.

**Appeal of the Dow Chemical Company, a corporation.**

Supreme Court of Pennsylvania.

Argued Sept. 14, 1999.

Decided Oct. 4, 1999.

George E. Yokitis, Pittsburgh, Mindy J. Shreve, Philadelphia, Dean T. Barnhard, Indianapolis, IN, for Dow Chemical.

Thomas M. Castello, Pittsburgh, for the Romahs.

James F. Israel, James A. McGovern, Pittsburgh, for Hygenic Sanitation Co.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Order affirmed.

COMMONWEALTH of Pennsylvania, Appellant,

v.

William Mike FIORE, Appellee.

Supreme Court of Pennsylvania.

Argued Sept. 13, 1999.

Decided Oct. 4, 1999.

Mary Benefield Seiverling, Harrisburg, for Com.

Christian A. Fisanick, Barnesboro, for Amicus-PA D.A. Assoc.

Mark Rubenstein, Chris Rand Eyster, Pittsburgh, for William Mike Fiore.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justices CASTILLE, NEWMAN and SAYLOR dissent.